FILED

10/30/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0062

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0062

_____

IN RE THE PARENTING OF E.C.F. AND E.H.F.

ELIZABETH FARNHAM,

      Petitioner and Appellee,

and

ERIK FARNHAM,

      Respondent and Appellant.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Robert L. Deschamps, III, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 30 2024